IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TIMOTHY JONES  :
  :
    Plaintiff(s)  :
  : Case Number: 1:05-cv-00090
    vs.  :
  : Senior District Judge S. Arthur Spiegel
SHAW ENVIRONMENTAL  :
& INFRASTRUCTURE, INC.  :
  :
    Defendant(s)  :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Magistrate Judge's Report and Recommendation (doc. 5) is hereby ADOPTED IN ITS ENTIRETY.  Plaintiff's Complaint is DISMISSED and this case is CLOSED.

4/11/06      James Bonini, Clerk

     s/Kevin Moser
     Kevin Moser
     Deputy Clerk